## Jacqueline Desiderato, Appellant, v. Louis John Desiderato, Appellee.

**Gen. No. 46,409.**

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

Maxfield Weisbrod, for appellant; no appearance for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.